UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
Xavier Charles Alexander Washington, II
aka Xavier Charles Washington, II

Case No. 8:24-bk-05243-CPM
Chapter 13

Debtor(s)
_____

## OBJECTION BY CREDITOR TO CONFIRMATION OF PLAN

COMES NOW Secured Creditor, U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by and through its undersigned counsel, and files this written objection to confirmation of Debtor(s)'s Proposed Chapter 13 Plan, pursuant to Bankruptcy Rules §3015(f), §9014 and all other applicable provisions of the Bankruptcy Code and as grounds therefor states:

1. On February 4, 2005, Debtor Xavier Charles Alexander Washington, II executed and delivered a Promissory Note ("Note") and a Mortgage ("Mortgage") securing payment of the Note in the amount of $284,785.00 to Bank of America, N.A. The Mortgage was recorded on February 11, 2005 in OR Book 14677 & Page 0128 of the Public Records of Hillsborough County, Florida. The loan was transferred to Secured Creditor which granted Secured Creditor a first lien on the real property located at 6211 Macdill Avenue Unit 1, Tampa, Florida 33611 the ("Subject Property") legally described as:

    Lot 6, Avenida de Flores Townhomes, according to the map or Plat thereof, recorded in Plat Book 99, Page 106, of the public records of Hillsborough County, Florida

2. The amount Secured Creditor's claim as of the date of filing will be set forth in the Secured Creditor's Proof of Claim filed by the deadline of November 12, 2024.

3. The Plan fails to include the full pre-petition arrearage amount. Secured Creditor's claim will show the pre-petition arrearage due to Secured Creditor is $71,015.39, whereas the Plan includes a pre-petition arrearage amount of only $60,299.78. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§1322(b)(3) and 1325(a)(5) and cannot be confirmed.

4. The Chapter 13 Plan does not comply with 11 U.S.C. §1325 and 11 U.S.C. §1322 as the Plan fails to cure the pre-petition default and is not accepted by U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1.

WHEREFORE, Secured Creditor respectfully requests that this Court sustain the objections stated herein and deny confirmation of the Debtor(s)'s Plan, and for such other and further relief as this Court deems just and proper.

DATED this 13th day of September 2024.

Respectfully submitted,

/S/ Seth Greenhill
SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 13th day of September 2024:

/S/ Seth Greenhill
SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

**SERVICE LIST (CASE NO. 8:24-bk-05243-CPM)**

Debtor
Xavier Charles Alexander Washington, II
6211 S Macdill Ave Unit 1
Tampa, FL 33611

Debtor Attorney
Sanad M Hamad
The Law Offices of Robert M. Geller
807 West Azeele Street
Tampa, FL 33606

Trustee
Jon Waage
P O Box 25001
Bradenton, FL 34206-5001

US Trustee
United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602