

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/30/2024 01:30 PM

COURTROOM   8B

## HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-05243-CPM** | 13 | 09/03/2024 |

**Chapter 13**

**DEBTOR:**        Xavier Washington

**DEBTOR ATTY:**  Sanad Hamad

**TRUSTEE:**       Jon Waage

**HEARING:**

1. Initial/Confirmation Hearing
2. Objection to Confirmation of Plan Filed by Seth J Greenhill on behalf of Creditor U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 (related document(s)[3]). (Greenhill, Seth) Doc #12
.

**APPEARANCES:**:
AAPPEARANCES: via Zoom: Jon Waage, Andre Mouton


**RULING:**
1. Initial/Confirmation Hearing

. ..Continued in open court to 1/22/2025 at 1:35 p.m. - no further notice will be given...

All parties may attend the hearing in person. Parties are directed to review Judge McEwens Procedures Governing Court AAPPEARANCES: (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.


2. Objection to Confirmation of Plan Filed by Seth J Greenhill on behalf of Creditor U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 (related document(s)[3]). (Greenhill, Seth) Doc #12

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being

denied as moot. This docket entry/document is not an official order of the Court.

Case Number 8:24-bk-05243-CPM					Chapter 13