United States Bankruptcy Court
Middle District of Florida

In re:  Case No. 24-05243-CPM
Xavier Charles Alexand Washington, II  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8 | User: admin | Page 1 of 3
Date Rcvd: Nov 06, 2024 | Form ID: Dntchrg | Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Xavier Charles Alexander Washington, II, 6211 S Macdill Ave Unit 1, Tampa, FL 33611-5085 |
| 31137582 | + | Avenida De Flores Townhomesa, 6211 S Macdill Ave, Tampa, FL 33611-5084 |
| 31137584 | + | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 31166422 | + | Coastal Community Bank, C/O Prosper Funding, LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 31137601 | ++ | PROSPER MARKETPLACE INC, 221 MAIN STREET STE 300, SAN FRANCISCO CA 94105-1909 address filed with court:, Prosper Funding, LLC, Attn: Bankruptcy Dept, 221 Main St, Ste 300, San Francisco, CA 94105-1909 |
| 31137600 | | Prosper Funding, LLC, 221 Main St, San Francisco, CA 94105-1906 |
| 31137608 | + | Zurp/Fpb, 488 Northeast 18th St, Miami, FL 33132-1112 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 06 2024 21:51:18 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Nov 06 2024 21:34:05 | U.S. Bank National Association, as Indenture Trust, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 31137583 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 06 2024 21:36:00 | Bank of America, 100 North Tryon St, Charlotte, NC 28255-0001 |
| 31150748 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 06 2024 21:51:04 | Bridgecrest Credit Company, LLC as Agent and Servi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31137586 | | Email/Text: cfcbackoffice@contfinco.com | Nov 06 2024 21:36:00 | Continental Finance Co, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 31137585 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 06 2024 21:51:10 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 31149994 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 06 2024 21:51:39 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 31166422 | + | Email/Text: ProsperBK@prosper.com | Nov 06 2024 21:36:00 | Coastal Community Bank, C/O Prosper Funding, LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 31137587 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 06 2024 21:51:06 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 31137588 | | Email/Text: bankruptcynotices@current.com | Nov 06 2024 21:36:00 | Current, 217 Centre St, New York, NY |

| District/off: 113A-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2024 | Form ID: Dntchrg | Total Noticed: 38 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 31137589 | | Email/Text: bankruptcynotices@current.com | Nov 06 2024 21:36:00 | Current, Attn: Bankruptcy, 217 Centre St, 180, New York, NY 10013-3624 |
| 31137579 | | Email/Text: OGCBankruptcy@floridarevenue.com | Nov 06 2024 21:36:00 | Department of Revenue, PO Box 6668, Tallahassee, FL 32314-6668 |
| 31137590 | + | Email/Text: mrdiscen@discover.com | Nov 06 2024 21:36:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 31193865 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 06 2024 21:36:00 | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 31137591 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Nov 06 2024 21:51:39 | Exeter Finance LLC, PO Box 166008, Irving, TX 75016-6008 |
| 31137593 | | Email/Text: BNSFN@capitalsvcs.com | Nov 06 2024 21:36:00 | First National Bank, PO Box 5097, Sioux Falls, SD 57117 |
| 31137595 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 06 2024 21:36:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 31137592 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 06 2024 21:37:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 31137594 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 06 2024 21:51:40 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 31137596 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 06 2024 21:36:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 31137597 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 06 2024 21:36:00 | IRS- Special Procedures, SBSE: Insolvency Terr 5, 400 W. Bay St Ste 35045 Stop 5730-GRP 4, Jacksonville, FL 32202 |
| 31229776 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 06 2024 21:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 31137580 | | Email/Text: hamad.sanadr64129@notify.bestcase.com | Nov 06 2024 21:36:00 | Sanad Hamad, 807 W. Azeele St, Tampa, FL 33606 |
| 31205323 | ^ | MEBN | Nov 06 2024 21:34:21 | LTD ACQUISITIONS, LLC, LTD Acquisitions, 16225 Park Ten Place Suite 500, Houston, TX 77084-5152 |
| 31140820 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2024 21:51:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 31137599 | | Email/Text: ml-ebn@missionlane.com | Nov 06 2024 21:36:00 | Mission Lane LLC, P.O. Box 105286, Atlanta, GA 30348 |
| 31140757 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2024 21:51:02 | Memorial Hospital Of Tampa, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 31213166 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2024 22:03:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 31137601 | | Email/Text: ProsperBK@prosper.com | Nov 06 2024 21:36:00 | Prosper Funding, LLC, Attn: Bankruptcy Dept, 221 Main St, Ste 300, San Francisco, CA 94105-1909 |
| 31137600 | | Email/Text: ProsperBK@prosper.com | Nov 06 2024 21:36:00 | Prosper Funding, LLC, 221 Main St, San Francisco, CA 94105-1906 |
| 31137602 | + | Email/Text: bbwillcoxjones@reliablecredit.com | Nov 06 2024 21:36:00 | Reliable Credit, 10690 Se Mcloughlin Blvd, Portland, OR 97222-7410 |
| 31137603 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 06 2024 21:36:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 31137604 | + | Email/Text: collections@sdfcu.org | Nov 06 2024 21:37:00 | State Department Federal Credit Union, 1630 King St, Alexandria, VA 22314-2745 |
| 31137607 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 06 2024 21:51:39 | Synchrony Bank/Banana Republic, PO Box 965060, Orlando, FL 32896-5060 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31137598 | | Loan against 401k |
| 31137578 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 31137605 | *+ | State Department Federal Credit Union, 1630 King St, Alexandria, VA 22314-2745 |
| 31137606 | *+ | State Department Federal Credit Union, 1630 King Street, Alexandria, VA 22314-2745 |
| 31137581 | ##+ | Andre Mouton, 2116 High St Apt 6, Oakland, CA 94601-4351 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jon Waage | jwflecf@trustee13.com |
| Sanad M Hamad | on behalf of Debtor Xavier Charles Alexander Washington II shamad@robertgellerlaw.com, hamad.sanadr64129@notify.bestcase.com;gellernotices@gmail.com;robertmgellerbk@robertgellerlaw.com;geller.robertm.b125896@notify.bestcase.com |
| Seth J Greenhill | on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 Seth.Greenhill@padgettlawgroup.com, bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;angelica.reyes@padgettlawgroup.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com |
| Teresa Marie Dorr | on behalf of U.S. Trustee United States Trustee - TPA7/13 7 teresa.dorr@usdoj.gov, lizette.montanez@usdoj.gov |
| United States Trustee - TPA7/13, 7 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 5

**[Dntchrg]** [District Notice of Hearing (Reaf)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Xavier Charles Alexander Washington II
aka Xavier Charles Washington II

Case Number:
8:24−bk−05243−CPM
Chapter 13

_____Debtor*_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE:**

1. The Honorable Catherine Peek McEwen will conduct a non−evidentiary hearing on **November 25, 2024 at 02:00 PM in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602** to consider the following:

   **Motion by United States Trustee to Dismiss Case with Injunction (Document No. 15).**

2. All parties may attend the hearing in person. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

3. A party that opposes the relief sought in the matter to be heard must appear at the hearing; otherwise, any objection or defense may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

**Avoid delays at Courthouse security checkpoints**. You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073−1 of this Court's Local Rules.

Dated November 6, 2024

FOR THE COURT
Sheryl L. Loesch,
Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602

[*]All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.
The Clerk's office is directed to serve a copy of this Notice on interested parties.