# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In Re:                                                              Case No. 8:24-bk-05243-CPM

**XAVIER CHARLES ALEXANDER WASHINGTON II**          Chapter 13

    Debtor.
_____/

## DEBTOR'S RESPONSE TO UNITED STATES TRUSTEE MOTION TO DISMISS WITH PREJUDICE (DOCKET #15)

Debtor, by and through the undersigned attorney, files this Response to United States Trustee Motion to Dismiss with Prejudice (Docket #15) and states the following:

1. This case was instituted by the filing of a Voluntary Petition under Chapter 13 on September 3, 2024.

2. The Chapter 13 Plan proposes to pay adequate protection to the mortgage company holding the secured claim against Debtor's homestead real property, cure the arrears on the mortgage, cure the arrears on the homestead real property's homeowner's association, and pay the secured claim of Internal Revenue Service.

3. On October 30, 2024, the United States Trustee filed its motion to dismiss with prejudice.

4. Debtor asserts that each of the chapter 13 cases have been filed in good faith.

5. In case 8:20-bk-00177-CPM, Debtor paid a total of $55,207.00 to the Chapter 13 Trustee.

6. In case 8:22-00382-CPM, Debtor paid a total of $39,790.00 to the Chapter 13 Trustee. Of that amount, $18,900.00 was disbursed to the mortgage company.

7. In case 8:22-01727-CPM, Debtor paid a total of $62,510.00 to the Chapter 13 Trustee. Of that amount, $27,699.51 was disbursed to the mortgage company.

8. In the instant case, Debtor has paid $9,280.00 to the Chapter 13 Trustee and is current on the payments.

9. Debtor has demonstrated good faith efforts in each case to pay his debts, primarily the mortgage company.

**WHEREFORE**, Debtor respectfully requests that this Court set this matter for hearing to consider the entry of an order denying the Motion.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail or electronic filing notice to **Jon Waage,** Trustee; **Xavier Washington,** Debtor, 6211 S Macdill Ave, Unit 1, Tampa, FL 33611; **Teresa M. Dorr, Esq.,** staff attorney for Movant; this 13th day of November, 2024.

    /s/ Kelley M. Petry
Kelley M. Petry, Esq. Fl Bar No 0388180
Law Offices of Robert M. Geller, P.A.
807 W. Azeele St.
Tampa, FL 33606
(813) 807-3449
email: kpetry@robertgellerlaw.com