

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/25/2024 02:00 PM

COURTROOM 8B

**HONORABLE CATHERINE MCEWEN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-05243-CPM** | 13 | 09/03/2024 |

**Chapter 13**

**DEBTOR:** Xavier Washington

**DEBTOR ATTY:** Kelley Petry

**TRUSTEE:** Jon Waage

**HEARING:**

Motion to Dismiss Case with Injunction. Filed by U.S. Trustee United States Trustee - TPA7/13 7. (Dorr, Teresa) Doc #15
... - Response to United States Trustee Motion to Dismiss with Prejudice Filed by Kelley M Petry on behalf of Debtor Xavier Charles Alexander Washington II (related document(s)[15]). (Petry, Kelley) Doc #19
.

**APPEARANCES::**
AAPPEARANCES: via zoom: Kelley Petry AAPPEARANCES: in person: Teresa Dorr


**RULING:**
Motion to Dismiss Case with Injunction. Filed by U.S. Trustee United States Trustee - TPA7/13 7. (Dorr, Teresa) Doc #15

  ...Continued in open court to 1/22/2025 at 1:35 p.m. - no further notice will be given...

All parties may attend the hearing in person. Parties are directed to review Judge McEwens Procedures Governing Court AAPPEARANCES: (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

... - Response to United States Trustee Motion to Dismiss with Prejudice Filed by Kelley M Petry on behalf of Debtor Xavier Charles Alexander Washington II (related document(s)[15]). (Petry, Kelley) Doc #19


.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.