# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In Re:                                                                              Case No. 8:24-bk-05243-CPM
**XAVIER CHARLES ALEXANDER WASHINGTON II**        Chapter 13
        Debtor.
_____/

### OBJECTION TO CLAIM #11 OF LVNV FUNDING, LLC

### NOTICE OF OPPORTUNITY TO
### OBJECT AND REQUEST FOR HEARING

**If you object to the relief requested in this paper you must file a response with the Clerk of Court at _801 N. Florida Ave, Ste 555, Tampa, FL 33602_, and if the moving party is not represented by an attorney, mail a copy to the moving party at _Law Offices of Robert M. Geller, P.A., Attn: Kelley M. Petry, Esq., 807 W. Azeele St, Tampa, FL 33606_ within _30_ days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.**

**If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.**

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

      Debtor, by and through the undersigned attorney, files this Objection to Claim #11 of LVNV Funding, LLC and states the following:

      1.    This case was instituted by the filing of a Voluntary Petition under Chapter 13 of the Bankruptcy Code on September 3, 2024.

      2.    On October 28, 2024, LVNV Funding, LLC filed Proof of Claim #11 ("Claim") in the unsecured amount of $21,516.05, account #7001.

      3.    Debtor objects to the Claim on the basis that enforcement of the debt is time barred by the statute of limitations pursuant to Florida Statute 95.11(2)(b).  An action on a contract founded on a written instrument has an enforcement period of five (5) years.

      4.    The attachment to the claim reflects the last payment date as 06/13/2016. This exceeds five years from the date of filing of the instant case.

      5.    Based on the foregoing, it would be appropriate for this Court to enter an order sustaining this Objection and disallowing Claim #6 of LVNV Funding, LLC.

**WHEREFORE**, Debtor respectfully requests that this Court enter an order sustaining this Objection and disallowing Claim #11 of LVNV Funding, LLC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail or electronic filing notice to **Jon Waage,** Chapter 13 Trustee; **Xavier Washington,** Debtor, 6211 S MacDill Ave, Unit 1, Tampa, FL 33611; **LVNV Funding, LLC,** 55 Beattie Place, Ste 110, Greenville, SC 29601; **LVNV, LLC,** c/o Matthew Oberholtzer, person filing claim, P.O. Box 10587, Greenville, SC 29603-0587; **LVNV Funding, LLC,** c/o registered agent Corporation Service Company, 1201 Hays St, Tallahassee, FL 32301; by certified mail to **LVNV Funding, LLC,** attn: Bryan Faliero, President, 55 Beattie Place, Ste 110, Greenville, SC 29601; **Resurgent Capital Services**, P.O. Box 10587, Greenville, SC 29603-0587; **Resurgent Capital Services,** P.O. Box 10368, Greenville, SC 29603; by certified mail to **Resurgent Capital Services,** attn.: Robert Roderick, CEO, 15 South Main St. #600, Greenville, SC 29601; this 28th day of November, 2024.

     /s/ Kelley M. Petry
Kelley M. Petry, Esq. Fl Bar No 0388180
Law Offices of Robert M. Geller, P.A.
807 W. Azeele St.
Tampa, FL 33606
(813) 807-3449
email: kpetry@robertgellerlaw.com