# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In Re:  
**XAVIER CHARLES ALEXANDER WASHINGTON II**  
        Debtor.  
_____/

Case No. 8:24-bk-05243-CPM  
Chapter 13

## OBJECTION TO CLAIM #9 OF LTD ACQUISITIONS, LLC

### NOTICE OF OPPORTUNITY TO
### OBJECT AND REQUEST FOR HEARING

**If you object to the relief requested in this paper you must file a response with the Clerk of Court at _801 N. Florida Ave, Ste 555, Tampa, FL 33602_, and if the moving party is not represented by an attorney, mail a copy to the moving party at _Law Offices of Robert M. Geller, P.A., Attn: Kelley M. Petry, Esq., 807 W. Azeele St, Tampa, FL 33606_ within _30_ days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.**

**If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.**

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

      Debtor, by and through the undersigned attorney, file this Objection to Claim #9 of LTD ACQUISITIONS, LLC and states the following:

      1.    This case was instituted by the filing of a Voluntary Petition under Chapter 13 of the Bankruptcy Code on September 3, 2024.

      2.    On October 15, 2024, LTD ACQUISITIONS, LLC filed Proof of Claim #9 ("Claim") in the unsecured amount of $780.98, account #2172.

      3.    Debtor objects to the Claim on the basis that enforcement of the debt is time barred by the statute of limitations pursuant to Florida Statute 95.11(2)(b).  An action on a contract founded on a written instrument has an enforcement period of five (5) years.

      4.    The attachment to the claim reflects the last transaction date as 12/1/2016. This exceeds five years from the date of filing of the instant case.

      5.    Based on the foregoing, it would be appropriate for this Court to enter an order sustaining this Objection and disallowing Claim #9 of LTD ACQUISITIONS, LLC       .

**WHEREFORE**, Debtor respectfully requests that this Court enter an order sustaining this Objection and disallowing Claim #9 of LTD ACQUISITIONS, LLC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail or electronic filing notice to **Jon Waage,** Chapter 13 Trustee; **Xavier Washington,** Debtor, 6211 S Macdill Ave, Unit 1, Tampa, FL 33611; **LTD ACQUISITIONS, LLC,** 16225 Park Ten Place, Ste 500, Houston, TX 77084; by certified mail to **LTD ACQUISITIONS, LLC,** c/o David John, CEO, 16225 Park Ten Place, Ste 500, Houston, TX 77084; **LTD ACQUISITIONS, LLC,** 3200 Wilcrest, Ste 600, Houston, TX 77042; **LTD ACQUISITIONS, LLC,** c/o registered agent CT Corporation System, 1200 S Pine Island Rd, Plantation 333245; this 28th day of November, 2024.

      /s/ Kelley M. Petry
Kelley M. Petry, Esq. Fl Bar No 0388180
Law Offices of Robert M. Geller, P.A.
807 W. Azeele St.
Tampa, FL 33606
(813) 807-3449
email: kpetry@robertgellerlaw.com