**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In Re:**                                                                         **Case No. 8:24-bk-05243-CPM**
**Xavier Charles Alexander Washington, II**              **Chapter 13**
       **Debtor**
_____/

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the Administrative Order (Docket No. 4) has been furnished either electronically, or via the court's CM/ECF System, or via first class US mail to the **U.S. Trustee**; to **Jon Waage**, Chapter 13 Trustee, P.O. Box 25001, Bradenton, FL 34206-5001; and to **Xavier Charles Alexander Washington, II**, the Debtor, 6211 S Macdill Ave Unit 1, Tampa, FL 33611; on this 29th day of November, 2024.

                                                  /s/Sanad M Hamad
                                                  Sanad M Hamad, Esq.
                                                  Fl Bar No 1008065
                                                  Law Offices of Robert M. Geller, P.A.
                                                  807 W. Azeele St.
                                                  Tampa, FL 33606
                                                  (813) 807-3449
                                                  shamad@robertgellerlaw.com
                                                  Attorney for the Debtors