**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: January 21, 2025**

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Xavier Charles Alexander Washington II
aka Xavier Charles Washington II

_____Debtor*_____/

Case No.
8:24−bk−05243−CPM
Chapter 13

### ORDER DENYING MOTION TO ALLOW LATE FILED CLAIM

THIS CASE came on for consideration, without hearing, of the Motion for Leave to File Late−Filed Proof of Claim filed by Avenida De Flores Townhomes Association, Inc. , Doc. # 32 . After review, the Court determines that the motion is deficient as follows:

Service upon the Debtor at the Debtor's address of record is not indicated. Fed. R. Bankr. P. 3007(a), 4003(b)(4) and 7004(b)(9).

Accordingly it is

**ORDERED:**

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.