

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/22/2025 01:35 PM

COURTROOM  8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-05243-CPM** | 13 | 09/03/2024 |

**Chapter 13**

**DEBTOR:**   Xavier Washington

**DEBTOR ATTY:**   Kelley Petry

**TRUSTEE:**   Jon Waage

**HEARING:**

1. Continued Confirmation Hearing
2. Objection to Confirmation of Plan Filed by Seth J Greenhill on behalf of Creditor U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 (related document(s)[3]). (Greenhill, Seth) Doc #12
3. Continued Hearing on Motion to Dismiss Case with Injunction. Filed by U.S. Trustee United States Trustee - TPA7/13 7. (Dorr, Teresa) Doc #15
... - Response to United States Trustee Motion to Dismiss with Prejudice Filed by Kelley M Petry on behalf of Debtor Xavier Charles Alexander Washington II (related document(s)[15]). (Petry, Kelley) Doc #19
.

**APPEARANCES:**:
AAPPEARANCES: via Zoom: Kimberly McIntyre, Kelley Petry, Teresa Dorr, Seth Greenhill, Andre Mouton


**RULING:**


1. Continued Confirmation Hearing

...Continued in open court to 3/5/2025 at 1:35 p.m. - no further notice will be given...


 All parties may attend the hearing in person. Parties are directed to review Judge McEwen's Procedures Governing Court AAPPEARANCES: (available at https://www.flmb.uscourts.gov/judges/tampa/mcewen/Judge_McEwen_Hearing_Procedures.pdf) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

2. Objection to Confirmation of Plan Filed by Seth J Greenhill on behalf of Creditor U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 (related document(s)[3]). (Greenhill, Seth) Doc #12

3. Continued Hearing on Motion to Dismiss Case with Injunction. Filed by U.S. Trustee United States Trustee - TPA7/13 7. (Dorr, Teresa) Doc #15

   ...Continued in open court to 3/5/2025 at 1:35 p.m. - no further notice will be given...

... - Response to United States Trustee Motion to Dismiss with Prejudice Filed by Kelley M Petry on behalf of Debtor Xavier Charles Alexander Washington II (related document(s)[15]). (Petry, Kelley) Doc #19

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.