## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:                                                                              Case No. 8:24-bk-5243-CPM
**XAVIER CHARLES ALEXANDER WASHING II**                 Chapter 13

    Debtor.
_____/

### PROOF OF SERVICE

I HEREBY CERTIFY a true and correct copy of the Order Sustaining Objection to Claim #6 of LVNV Funding, LLC (Docket #21) filed as Docket entry #31 has been furnished by U.S. Mail or electronic filing notice to the following:

Jon Waage, Chapter 13 Trustee
Xavier Washington, Debtor, 6211 S MacDill Ave, Unit 1, Tampa, FL 33611
LVNV Funding, LLC, 55 Beattie Place, Ste 110, Greenville, SC 29601
LVNV, LLC, c/o David Lamb, person filing claim, P.O. Box 10587, Greenville, SC 29603-0587
LVNV Funding, LLC, c/o registered agent Corporation Service Company, 1201 Hays St, Tallahassee, FL 32301
LVNV Funding, LLC, attn: Bryan Faliero, President, 55 Beattie Place, Ste 110, Greenville, SC 29601
Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587
Resurgent Capital Services, P.O. Box 10368, Greenville, SC 29603
Resurgent Capital Services, attn.: Robert Roderick, CEO, 15 South Main St. #600, Greenville, SC 29601

This 24th day of January, 2025.

                                        /s/ Kelley M. Petry
                                Kelley M. Petry, Esq. Fl Bar No 0388180
                                Law Offices of Robert M. Geller, P.A.
                                807 W. Azeele St.
                                Tampa, FL 33606
                                (813) 807-3449
                                email: kpetry@robertgellerlaw.com