United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-05243-CPM |
| Xavier Charles Alexand Washington, II | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 22, 2025 | Form ID: Doddos | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Xavier Charles Alexander Washington, II, 6211 S Macdill Ave Unit 1, Tampa, FL 33611-5085 |
| aty | + | Avenida De Flores Townhomes Association, Inc., C/O TIFFANY LOVE ADAMS AND REESE LLP, 100 N Tampa Street, Suite 4000, Tampa, FL 33602 UNITED STATES 33602-3615 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 24, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jon Waage | jwflecf@trustee13.com |
| Kelley M Petry | on behalf of Debtor Xavier Charles Alexander Washington  II kpetry@robertgellerlaw.com, geller.robertm.b125896@notify.bestcase.com;robertmgellerbk@robertgellerlaw.com;gellernotices@gmail.com;petry.kelleyr64129@notify.bestcase.com |
| Sanad M Hamad | on behalf of Debtor Xavier Charles Alexander Washington  II shamad@robertgellerlaw.com, hamad.sanadr64129@notify.bestcase.com;gellernotices@gmail.com;robertmgellerbk@robertgellerlaw.com;geller.robertm.b125896@notify.bestcase.com |
| Seth J Greenhill | on behalf of Creditor U.S. Bank National Association  as Indenture Trustee on behalf of and with respect to Barclays Mortgage |

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 22, 2025 | Form ID: Doddos | Total Noticed: 2 |

    Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 Seth.Greenhill@padgettlawgroup.com, bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;angelica.reyes@padgettlawgroup.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill

    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Seth.Greenhill@padgettlawgroup.com bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;angelica.reyes@padgettlawgroup.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Teresa Marie Dorr

    on behalf of U.S. Trustee United States Trustee - TPA7/13  7 teresa.dorr@usdoj.gov, lizette.montanez@usdoj.gov

Tiffany M. Love

    on behalf of Attorney Avenida De Flores Townhomes Association  Inc. tiffany.love@arlaw.com, cindy.kelly@arlaw.com

United States Trustee - TPA7/13, 7

    USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 8

[Doddos] [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

Dated: January 21, 2025

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Xavier Charles Alexander Washington II
aka Xavier Charles Washington II

_____Debtor*_____/

Case No.
8:24−bk−05243−CPM
Chapter 13

### ORDER DENYING MOTION TO ALLOW LATE FILED CLAIM

THIS CASE came on for consideration, without hearing, of the Motion for Leave to File Late−Filed Proof of Claim filed by Avenida De Flores Townhomes Association, Inc. , Doc. # 32 . After review, the Court determines that the motion is deficient as follows:

Service upon the Debtor at the Debtor's address of record is not indicated. Fed. R. Bankr. P. 3007(a), 4003(b)(4) and 7004(b)(9).

Accordingly it is

**ORDERED:**

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.