UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
MIDDLE DIVISION
www.flmb.uscourts.gov

In re                                             )
    Xavier Charles Alexander Washington, II       )
                                                  )   Case No.8:24-bk-05243-CPM
                                                  )   Chapter 13
            Debtor.                               )
_____           )

## AMENDED NOTICE OF HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Catherine Peek McEwen will conduct a preliminary hearing in this case on March 5, 2025, at 1:35 PM. on the following matter:

    Motion to Allow to File Late-Filed Proof of Claim (Doc. No. [39])

2. All parties may attend the hearing in person. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. This matter upon announcement made in open court and reflected on the docket without further written notice.

5. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

## Certificate of Service

      I HEREBY CERTIFY that on February 17, 2025 a true and correct copy of the foregoing Notice was served via U.S. First Class Mail or electronic transmission to: Debtor's Counsel, Law Offices of Robert M. Geller, PA, 807 W. Azeele St., Tampa, FL 33606; KPetry@RobertGellerLaw.com; robertmgellerbk@robertgellerlaw.com.

/s/Tiffany M. Love
TIFFANY M. LOVE
Florida Bar No.: 92884
ADAMS AND REESE LLP
100 N. TAMPA STREET,
ST.4000
TAMPA, Fl 33602
Tel: (813) 227- 5541
Fax: (813) 227-5641
Attorney for Avenida De Flores Townhomes Association, Inc.
Email: tiffany.love@arlaw.com