# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In Re:                                                           Case No. 8:24-bk-05243-CPM
**XAVIER CHARLES ALEXANDER WASHINGTON II**          Chapter 13

   Debtor.
_____/

## NOTICE OF CHANGE OF ADDRESS

**NOTICE IS HEREBY GIVEN** that the address of the Debtor will be changed to:

2109 Bayshore Blvd, #211
Tampa, FL 33606

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a copy of the foregoing Notice of Change of Address has been furnished by U.S. Mail or electronic filing notice to **Jon Waage**, Trustee; and **Xavier Washington,** Debtor, 2109 Bayshore Blvd, #211, Tampa, FL 33606; this 13th day of July, 2025.

                                                                                 /s/ Kelley M. Petry
                                                Kelley M. Petry, Esq. Fl Bar No 0388180
                                                Law Offices of Robert M. Geller, P.A.
                                                807 W. Azeele St.
                                                Tampa, FL 33606
                                                (813) 807-3449
                                                email: kpetry@robertgellerlaw.com