# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In Re:  Case No. 8:24-bk-05243-CPM

**XAVIER CHARLES ALEXANDER WASHINGTON II**   Chapter 13

    Debtor.
_____/

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS
## FOR FAILURE TO MAKE PAYMENTS TO TRUSTEE (DOCKET #59)

Debtor, by and through the undersigned attorney, files this Response to Trustee's Motion to Dismiss for Failure to Make Payments to Trustee and states the following:

1. The Chapter 13 Trustee filed a Motion to Dismiss for Failure to Make Plan Payments on July 10, 2025.

2. Pursuant to the Order Granting Motion to Sell Homestead Property (Docket #56), Debtor closed on the sale of the property on July 9, 2025. A copy of the closing statement has been provided to the Trustee.

3. The net proceeds of $102,360.89 have been disbursed to the Chapter 13 Trustee, which is sufficient to pay 100% of all allowed claims.

4. Based on the foregoing, it would be appropriate for this Court to enter an order denying the Trustee's motion

**WHEREFORE**, Debtor respectfully requests this Court to enter an order denying the Trustee's motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail or electronic filing notice **Jon Waage,** Trustee; **Xavier Washington,** Debtor, 2109 Bayshore Blvd, #211, Tampa, FL 33606; and the attached **mailing matrix**, this 13th day of July, 2025.

                                                     /s/ Kelley M. Petry
                                              Kelley M. Petry, Esq. Fl Bar No 0388180
                                              Law Offices of Robert M. Geller, P.A.
                                              807 W. Azeele St.
                                              Tampa, FL 33606
                                              (813) 807-3449
                                              email: kpetry@robertgellerlaw.com