# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

| IN RE: | CASE NO: 24-05243-CPM |
|---|---|
| Xavier Charles Alexander Washington II | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 62 |

On 7/14/2025, I did cause a copy of the following documents, described below,

Order Reserving Ruling on Motion to Dismiss ECF Docket Reference No. 62

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/14/2025

/s/ Jon M. Waage
Jon M. Waage

Chapter 13 Trustee
PO Box 25001
Bradenton, FL  34206-5001
941 747 4117
cos@tampa13.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:<br><br>Xavier Charles Alexander Washington II | CASE NO: 24-05243-CPM<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 62 |

On 7/14/2025, a copy of the following documents, described below,

Order Reserving Ruling on Motion to Dismiss ECF Docket Reference No. 62

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/14/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jon M. Waage
Chapter 13 Trustee
PO Box 25001
Bradenton, FL  34206-5001

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS

XAVIER CHARLES ALEXANDER WASHINGTON II
2109 BAYSHORE BLVD. #211
TAMPA FL 33606