

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/16/2025 03:00 PM

COURTROOM   8B

## HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | | FILING DATE: |
|---|---|---|---|
| **8:24-bk-05243-CPM** | **13** | | **09/03/2024** |

**Chapter 13**

**DEBTOR:**   Xavier Washington

**DEBTOR ATTY:**   **Kelley Petry**

**TRUSTEE:**   **Jon Waage**

**HEARING:**

1. Continued Confirmation Hearing (Final)
2. Objection to Confirmation of Plan Filed by Seth J Greenhill on behalf of Creditor U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 (related document(s)[3]). (Greenhill, Seth) Doc #12
3. Continued Hearing on Motion to Dismiss Case with Injunction. Filed by U.S. Trustee United States Trustee - TPA7/13 7. (Dorr, Teresa) Doc #15
... - Response to United States Trustee Motion to Dismiss with Prejudice Filed by Kelley M Petry on behalf of Debtor Xavier Charles Alexander Washington II (related document(s)[15]). (Petry, Kelley) Doc #19
.

**APPEARANCES:**:
AAPPEARANCES: via zoom: Kimberly McIntyre, Kelley Petry, Teresa Dorr

**RULING:** [Heard by CPM]

1. Continued Confirmation Hearing (Final)

  ...Confirmed - Order by Trustee...

2. Objection to Confirmation of Plan Filed by Seth J Greenhill on behalf of Creditor U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 (related document(s)[3]). (Greenhill, Seth) Doc #12

3. Continued Hearing on Motion to Dismiss Case with Injunction. Filed by U.S. Trustee United States Trustee - TPA7/13 7. (Dorr, Teresa) Doc #15

...Withdrawn in open court (without prejudice)...

... - Response to United States Trustee Motion to Dismiss with Prejudice Filed by Kelley M Petry on behalf of Debtor Xavier Charles Alexander Washington II (related document(s)[15]). (Petry, Kelley) Doc #19

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.