# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:<br><br>XAVIER CHARLES ALEXANDER WASHINGTON II | CASE NO: 8-24-bk-05243-CPM<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 65 |

On 7/28/2025, I did cause a copy of the following documents, described below,

Order Confirming Plan ECF Docket Reference No. 65

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/28/2025

        /s/ Jon M. Waage
        Jon M. Waage

        Chapter 13 Trustee
        PO Box 25001
        Bradenton, FL  34206-5001
        941 747 4117
        cos@tampa13.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:<br><br>XAVIER CHARLES ALEXANDER WASHINGTON II | CASE NO: 8-24-bk-05243-CPM<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 65 |

On 7/28/2025, a copy of the following documents, described below,

Order Confirming Plan ECF Docket Reference No. 65

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/28/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jon M. Waage
Chapter 13 Trustee
PO Box 25001
Bradenton, FL  34206-5001

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 8-24-BK-05243-CPM<br>MIDDLE DISTRICT OF FLORIDA<br>MON JUL 28 7-25-23 PST 2025 | AVENIDA DE FLORES TOWNHOMES ASSOCIATION<br>INC<br>CO TIFFANY LOVE ADAMS AND REESE LLP<br>100 N TAMPA STREET<br>SUITE 4000<br>TAMPA  FL 33602-3615 | BRIDGECREST CREDIT COMPANY  LLC AS<br>AGENT AND<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| RESURGENT RECEIVABLES LLC<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | ~~EXCLUDE~~<br>~~(U)US BANK NATIONAL ASSOCIATION~~ | US BANK NATIONAL ASSOCIATION  AS<br>INDENTURE<br>CO PADGETT LAW GROUP<br>6267 OLD WATER OAK ROAD  SUITE 203<br>TALLAHASSEE  FL 32312-3858 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE - TPA713-7~~<br>~~TIMBERLAKE ANNEX  SUITE 1200~~<br>~~501 E POLK STREET~~<br>~~TAMPA  FL 33602-3949~~ | ANDRE MOUTON<br>2116 HIGH ST APT 6<br>OAKLAND  CA 94601-4351 | AVENIDA DE FLORES TOWNHOMES ASSOCIATIC<br>INC<br>CO TIFFANY LOVE  ESQUIRE<br>100 N TAMPA ST  SUITE 4000<br>TAMPA  FL 33602-3615 |
| AVENIDA DE FLORES TOWNHOMESA<br>6211 S MACDILL AVE<br>TAMPA  FL 33611-5084 | BANK OF AMERICA<br>100 NORTH TRYON ST<br>CHARLOTTE  NC 28255-0001 | BRIDGECREST ACCEPTANCE CORPORATION CO<br>AIS P<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| BRIDGECREST CREDIT COMPANY  LLC AS<br>AGENT AND<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | CAPITAL BANK NA<br>2275 RESEARCH BLVD STE 600<br>ROCKVILLE  MD 20850-6238 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 |
| CAPITAL ONE NA<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE  NC  28272-1083 | COASTAL COMMUNITY BANK<br>CO PROSPER FUNDING  LLC<br>221 MAIN STREET  SUITE 300<br>SAN FRANCISCO  CA 94105-1909 | (P)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 |
| CREDIT ONE BANK<br>6801 CIMARRON RD<br>LAS VEGAS  NV 89113-2273 | CURRENT<br>217 CENTRE ST<br>NEW YORK  NY 10013-3624 | CURRENT<br>ATTN BANKRUPTCY<br>217 CENTRE ST<br>180<br>NEW YORK  NY 10013-3624 |
| DEPARTMENT OF REVENUE<br>PO BOX 6668<br>TALLAHASSEE  FL 32314-6668 | DISCOVER BANK<br>PO BOX 3025<br>NEW ALBANY  OH 43054-3025 | EDUCATIONAL CREDIT MANAGEMENT<br>CORPORATION<br>PO BOX 16408<br>ST PAUL<br>MN 55116-0408 |
| EXETER FINANCE LLC<br>PO BOX 166008<br>IRVING  TX 75016-6008 | FINGERHUT<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD  MN 56303-0820 | (P)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS  SD 57107-0145 | FLEETCOR TECHNOLOGIES  INC<br>CO LCS FINANCIAL SERVICES CORPORATION<br>6782 S POTOMAC ST  100<br>CENTENNIAL  CO 80112-8000 | (P)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 |
| FORTIVA<br>PO BOX 105555<br>ATLANTA  GA 30348-5555 | (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LTD ACQUISITIONS  LLC<br>LTD ACQUISITIONS<br>16225 PARK TEN PLACE SUITE 500<br>HOUSTON  TX 77084-5152 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| ~~EXCLUDE~~<br>~~(U)LOAN AGAINST 401K~~ | MEMORIAL HOSPITAL OF TAMPA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 1927<br>GREENVILLE  SC 29602-1927 | (P)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 |
| MISSION LANE LLC<br>BY AIS INFOSOURCE  LP AS AGENT<br>PO BOX 4457<br>HOUSTON  TX 77210-4457 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PROSPER FUNDING  LLC<br>221 MAIN ST<br>SAN FRANCISCO  CA 94105-1906 |
| PROSPER FUNDING  LLC<br>ATTN BANKRUPTCY DEPT<br>221 MAIN ST<br>STE 300<br>SAN FRANCISCO  CA 94105-1909 | RELIABLE CREDIT<br>10690 SE MCLOUGHLIN BLVD<br>PORTLAND  OR 97222-7410 | ~~EXCLUDE~~<br>~~(D)RESURGENT RECEIVABLES LLC~~<br>~~PO BOX 10587~~<br>~~GREENVILLE  SC 29603-0587~~ |
| (P)LAW OFFICES OF ROBERT M  GELLER  P A<br>ATTN SANAD M HAMAD ESQ<br>807 W AZEELE STREET<br>TAMPA FL 33606-2209 | SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE  SC 29603-0826 | STATE DEPARTMENT FEDERAL CREDIT UNION<br>1630 KING ST<br>ALEXANDRIA  VA 22314-2745 |
| ~~EXCLUDE~~<br>~~(D)STATE DEPARTMENT FEDERAL CREDIT~~<br>~~UNION~~<br>~~1630 KING STREET~~<br>~~ALEXANDRIA  VA 22314-2745~~ | SYNCHRONY BANKBANANA REPUBLIC<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | US BANK NATIONAL ASSOCIATION<br>CO NEWREZ LLC DBA SHELLPOINT MORTGAGE<br>SERVICING<br>PO BOX 10826<br>GREENVILLE  SC 29603-0826 |
| ZURPFPB<br>488 NORTHEAST 18TH ST<br>MIAMI  FL 33132-1112 | ~~EXCLUDE~~<br>~~JON WAAGE~~<br>~~P O BOX 25001~~<br>~~BRADENTON  FL 34206-5001~~ | KELLEY M PETRY<br>LAW OFFICES OF ROBERT M GELLER PA<br>807 WEST AZEELE STREET<br>TAMPA  FL 33606-2209 |

DEBTOR

SANAD M HAMAD
THE LAW OFFICES OF ROBERT M GELLER
807 WEST AZEELE STREET
TAMPA  FL 33606-2209

XAVIER CHARLES ALEXANDER WASHINGTON II
2109 BAYSHORE BLVD  211
TAMPA  FL 33606-3141

Case 8:24-bk-05243-CPM    Doc 66    Filed 07/29/25    Page 5 of 5
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

DEBTOR

SANAD M HAMAD
THE LAW OFFICES OF ROBERT M GELLER
807 WEST AZEELE STREET
TAMPA  FL 33606-2209

XAVIER CHARLES ALEXANDER WASHINGTON II
2109 BAYSHORE BLVD  211
TAMPA  FL 33606-3141