**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Case No.8:24-bk-05243-CPM |
| | Chapter 13 |
| Xavier Charles Alexander Washington II | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEES' FRBP 2012 REPORT**
**ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**

Jon M. Waage, former Chapter 13 Trustee for the period from the petition date through September 30, 2025, and Daryl J. Smith, successor Chapter 13 Trustee for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $139,180.89 | |
| Less amount refunded to debtor | $77,414.59 | |
| **Net Receipts:** | | **$61,766.30** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,406.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $6,176.63 | |
| Other | $0.00 | |
| Secured Creditors | $24,622.30 | |
| Priority Creditors | $1,521.73 | |
| General Unsecured Creditors | $28,039.64 | |
| **Total Expenses of Administration:** | | **$61,766.30** |

| | |
|---|---|
| **Balance Transferred to Successor Trustee** | **$0.00** |

Dated: 9/30/2025

/s/ Jon M. Waage
Former Chapter 13 Standing Trustee
P.O. Box 25001
Bradenton, FL 34206

/s/ Daryl J. Smith
Successor Chapter 13 Standing Trustee
P.O. Box 25001
Bradenton, FL 34206