**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Xavier Charles Alexander Washington II            Case No. 8:24-bk-05243-CPM
AKA: Xavier Charles Washington II
Debtor(s)

_____/

## TRUSTEE'S NOTICE TO COURT OF COMPLETION OF PAYMENTS UNDER CONFIRMED CHAPTER 13 PLAN

   Daryl J. Smith, Chapter 13 Standing Trustee, hereby submits his notice to the Court that with the latest distribution, the Debtor(s) have completed payments to the Chapter 13 Trustee under their Chapter 13 Plan.

   Dated October 9, 2025.

                                              /s/ Daryl J. Smith
                                              Daryl J. Smith
                                              Chapter 13 Standing Trustee
                                              P.O. Box 25001
                                              Bradenton, FL  34206-5001
                                              Phone (941) 747-4644
                                              Fax (941) 750-9266

Copies furnished electronically or by U.S. Mail to:

Xavier Charles Alexander Washington II
2109 Bayshore Blvd, #211
Tampa, FL  33606-

Sanad M Hamad, Esq.
The Law Offices of Robert M. Geller
807 West Azeele Street
Tampa, FL  33606-