**[Docondcl]** [District Order Conditionally Closing]

ORDERED.

**Dated: January 13, 2026**

Catherine M^cEwen

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Case No.
8:24–bk–05243–CPM
Chapter 13

Xavier Charles Alexander Washington II
aka Xavier Charles Washington II

_____Debtor*_____/

### ORDER APPROVING ACCOUNT AND
### CONDITIONALLY CLOSING ESTATE WITHOUT ENTRY OF DISCHARGE

The Court finds that the Trustee in the above–captioned case has completed all disbursements, if any, as required, has rendered a full and complete account thereof, and has performed all duties required for the administration of this estate.

The Debtor has not filed a certification regarding domestic support obligations and 11 U.S.C. § 522(q) required by 11 U.S.C. § 1328(a) and therefore the Debtor is not entitled to receive a discharge.

**ORDERED:**

1. This case is administratively closed subject to the Debtor's filing a certification about a financial management course and/or certification regarding domestic support obligations and 11 U.S.C. 522(q) within 30 days of the entry of this order. If the Debtor files a certificate within the 30–day period, the Clerk shall review the case for entry of a discharge without the requirement for the Debtor to file a motion to reopen and pay a reopening fee.

2. If the Debtor does not file a certificate of completion and/or certification regarding domestic support obligations and 11 U.S.C. § 522(q) within the 30–day period, the final account is approved, and the estate is closed without further notice, hearing, or order. The Trustee is discharged from and relieved of the trust, the bond of the Trustee is canceled, and the surety or sureties thereon are released from further liability thereunder, except and liability which may have accrued during the time such bond was in effect.

3. All motions/objections/applications that have not been resolved are denied as moot.

4. The Clerk shall dispose of any exhibits left unclaimed in any matter or proceeding unless notified by the appropriate party within 30 days.

The Clerk's office is directed to serve a copy of this order on interested parties.

\*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.